**Opinion issued September 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-14-00690-CV

————————————

## IN RE ARTIS CHARLES HARRELL, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Artis Charles Harrell, an inmate proceeding *pro se*, has filed a petition for writ of mandamus seeking to compel the respondent trial court to vacate its order sustaining the district clerk's contest to his affidavit of indigence, claiming that the contest was untimely filed.[1]

---

[1] The underlying case is *Artis Charles Harrell D/B/A Artistic Hair Salon v. Branch Brinson, et al.*, Cause No. 2006-02867, in the 189th District Court of Harris County, the Honorable William R. Burke, Jr. presiding. We denied relator's similar mandamus petition. *In re Harrell*, No. 01-13-00535-CV,

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a), (d). We dismiss any pending motions as moot.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Keyes.

---

2014 WL 866062, at *1 (Tex. App.—Houston [1st Dist.] Mar. 4, 2014, no pet.).